**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Yolanda Viola BURGESS, Defendant—**
**Appellant.**

Nos. 06–6572, 06–6859.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 27, 2006.

Yolanda Viola Burgess, Appellant Pro Se. Kimberly A. Riley, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yolanda Viola Burgess appeals the district courts orders denying relief on her writs of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burgess,* No. 1:00–cr–00162–LMB–1 (E.D. Va. Mar. 13, 2006; Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*